conjecture. See *Commonwealth v. Santana*, 460 Pa. 482, 333 A.2d 876 (1975). This court having observed the witnesses, reviewed their testimony and the other evidence presented finds nothing about the jury's determination that so shocks one's sense of justice that a new trial is warranted.

We find no abuse of discretion in the trial court's refusal to award a new trial.

 Finally, Thompson claims that his sentence was disproportionate. The jury unanimously found the aggravating circumstance that Thompson committed murder while in the perpetration of a felony. Some jurors found that Thompson established mitigating circumstance (e)(8) ("Any other evidence of mitigation concerning the character and record of the defendant and the circumstances of his offense.") The jury unanimously found that the aggravating circumstance outweighed the mitigating circumstance. The issue before us is whether the sentence, based on this summary of the aggravating and mitigating circumstances, is disproportionate. Our review of sentencing data compiled and monitored by the Administrative Office of Pennsylvania Courts indicates that there is no excess or disproportionality in the sentence imposed.

Judgment of sentence is affirmed.[8]

MONTEMURO, J., is sitting by designation.

Richard KALLA, M.D., Alan Steckel, M.D., Thomas Wein, M.D., Martin Earle, M.D., Samuel Jacobs, M.D., and Ronald Stoller, M.D., derivatively and in the right of Liliane S. Kaufmann Medical Office Building Associates, Appellants at No. 15,

v.

MONTEFIORE UNIVERSITY HOSPITAL, James L. Steinkirchner and Liliane S. Kaufmann Medical Office Building Associates.

Dean E. KROSS, M.D., Lee W. Bass, M.D., Jerome H. Wolfson, M.D. and Miguel J. Quintero, M.D., derivatively and in the right of LSK Associates, Appellants at No. 16,

v.

MONTEFIORE UNIVERSITY HOSPITAL, Irwin Goldberg and LSK Associates.

Supreme Court of Pennsylvania.

Argued Sept. 20, 1994.
Decided Oct. 12, 1994.

E.J. Strassburger, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, for appellants.

David L. McClenahan, Wendy E.D. Smith, Kenneth J. Cammarato, Kirkpatrick & Lockhart, George A. Huber, Pittsburgh, for Montefiore University Hosp.

William G. Shaffner, Pittsburgh, for Steinkirchner and Kaufmann Medical.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

---

**8.** The prothonotary of the Supreme Court is directed to transmit the complete record in this case to the Governor pursuant to 42 Pa.C.S. § 9711(i).

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

CAPPY, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.

■

MONTEMURO, J., is sitting by designation.

■

CITY of PITTSBURGH, Department of Personnel and Civil Service Commission

v.

PENNSYLVANIA HUMAN RELATIONS COMMISSION, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 19, 1994.

Decided Oct. 12, 1994.

Diane Blancett–Maddock, Asst. Chief Counsel, Pa. Human Relations Com'n, for appellant.

Mary K. Conturo, City Sol., Marianne S. Malloy, Asst. City Sol., for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

**June L. FRAMPTON, Administratrix of the Estate of Donald H. Frampton, Sr., Deceased, and Richard Boaz, Appellants,**

v.

**DAUPHIN DISTRIBUTION SERVICES COMPANY, Pennsylvania Power & Light Company, Scholl, Sowers and Associates, Inc., Shane Construction, Inc., Appellees.**

Superior Court of Pennsylvania.

Argued Feb. 8, 1994.

Filed Aug. 16, 1994.

Reargument Denied Oct. 18, 1994.

Barry L. Gross, Newton, for appellants.